■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER E. TIGG, Appellant. [924 NYS2d 884]—Appeal from a

judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered August 28, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.